## 7715.  HICKS v. THE STATE.

WADE, C. J.  1.  Under the ruling of the Supreme Court in this case, in response to questions certified to that court, the juvenile-court act of 1915 (Acts of 1915, p. 35) does not deprive the superior court of a county in which it is applicable of jurisdiction to try a defendant for burglary, although he may have been less than sixteen years of age at the time of the alleged commission of the crime.  *Hicks* v. *State*, 146 *Ga.* 706 (92 S. E. 216).

2. The court therefore did not err in overruling a plea to the jurisdiction, based upon the juvenile-court act, and in conducting the trial according to established procedure appropriate in such cases; and there is no merit in any of the special grounds of the motion for a new trial.

3. The evidence amply authorized the verdict of guilty, and the trial judge did not err in overruling the motion for a new trial.

        *Judgment affirmed.  George and Luke, JJ., concur.*

        DECIDED MAY 11, 1917.

Indictment for burglary; from Fulton superior court—Judge Hill.  August 15, 1915.

*W. R. Hammond,* for plaintiff in error.

*Eb. T. Williams, solicitor-general, A. L. Ivey,* contra.